Kumar CHETTRI, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 11–73672.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 7, 2015.

Filed May 16, 2016.

David B. Gardner, Law Offices of David B. Gardner, Los Angeles, CA, for Petitioner.

Lance Lomond Jolley, Esquire, Trial, OIL, Anthony Cardozo Payne, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PREGERSON, D.W. NELSON, and CALLAHAN, Circuit Judges.

MEMORANDUM *

Kumar Chettri appeals the Board of Immigration Appeals' ("BIA") denial of his motion to reopen proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252 and we deny the petition.

The BIA denied Chettri's motion to reopen because his prior attempts to obtain asylum using false information undermined

by 9th Cir. R. 36–3.

his credibility and because his motion contained inconsistencies that undermined his claims. Because we cannot say that the BIA's decision was "arbitrary, irrational, or contrary to law," its denial of the motion to reopen is affirmed. *Go v. Holder*, 744 F.3d 604, 609 (9th Cir.2014).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.